UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ORTIZ,                )<br>                              )<br>           Petitioner,         )<br>                              )<br>     v.                       )<br>                              )<br>A. A. LAMARQUE, Warden,       )<br>                              )<br>           Respondent.        )<br>_____) | CV F 05 0254 AWI LJO HC<br><br>ORDER VACATING ORDER TO RESPOND AND SETTING BRIEFING SCHEDULE ISSUED ON MARCH 25, 2005<br><br>[Doc. #6] |

On March 25, 2005, this Court issued an order directing Respondent to file a response to the petition.

It has come to the Court's attention that the petition filed in this case is duplicative of the petition filed in Case No. "CV F 05 0213 OWW DLB HC."

Accordingly, the March 25, 2005, order to respond and setting briefing schedule is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:    April 21, 2005**                         **/s/ Lawrence J. O'Neill**
b9ed48                                        UNITED STATES MAGISTRATE JUDGE