1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO ORTIZ, | ) | CV F 05 0254 AWI LJO P |
| Petitioner, | ) | |
| v. | ) | FINDINGS AND RECOMMENDATION |
| A. A. LAMARQUE, Warden, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 15, 2005, Petitioner filed a federal petition for writ of habeas corpus in this Court.  This petition was assigned case number "CV F 05 0213 OWW DLB HC."

On February 23, 2005, Petitioner filed a second federal petition for writ of habeas corpus in this Court.  This petition was assigned case number "CV F 05 0245 AWI LJO P."

The Court has reviewed both of the pending federal petitions listed above and finds that the petitions are identical.  In light of the duplicative nature of the petitions, the Court finds that the instant action should be dismissed.

1

**RECOMMENDATION**

2      Accordingly, the Court RECOMMENDS that the Petition for Writ of Habeas Corpus be

3  DISMISSED as duplicative.

4      This Findings and Recommendation is submitted to the Honorable Anthony W. Ishii, United

5  States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304

6  of the Local Rules of Practice for the United States District Court, Eastern District of California.

7  Within thirty (30) days after being served with a copy, any party may file written objections with the

8  court and serve a copy on all parties.  Such a document should be captioned "Objections to

9  Magistrate Judge's Findings and Recommendation."  Replies to the objections shall be served and

10  filed within ten (10) <u>court</u> days (plus three days if served by mail) after service of the objections.

11  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The

12  parties are advised that failure to file objections within the specified time may waive the right to

13  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

14  IT IS SO ORDERED.

15  **Dated:    April 21, 2005**                    _____/s/ Lawrence J. O'Neill_____
    b9ed48                                            UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28